CENTER FOR DISABILITY ACCESS
Isabel Rose Masanque, Esq., SBN 292673
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
isabelm@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia**, <br> Plaintiff, <br> v. <br> **HPT TRS IHG-2, a Maryland Corporation**, <br> Defendants | Case No.: 2:20-cv-10608-AB-JC <br><br> **Plaintiff's Notice of Voluntary Dismissal Pursuant to FRCP 41(a)** <br><br> Complaint Filed: 11/20/2020 |

PLEASE TAKE NOTICE:

Pursuant to FRCP 41(a)(1)(A)(i) Plaintiff voluntarily dismisses his claims pending in this action without prejudice.

Dated: December 05, 2022          CENTER FOR DISABILITY ACCESS

                                  By: /s/ *Isabel Rose Masanque*
                                      Isabel Rose Masanque
                                      Attorneys for Plaintiff

-1-